# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CENTER CAPITAL CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 09-157-KD-M** |
| | ) |
| **Q.E.S.T., INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## DEFAULT JUDGMENT

Pursuant to the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **DEFAULT JUDGMENT** be and hereby is entered against the Defendant Q.E.S.T., Inc. and in favor of the Plaintiff Center Capital Corporation, in the amount of **$380,936.50** pursuant to Fed.R.Civ.P. 55(b)(2).

**DONE** and **ORDERED** this the **20th** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**