IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CENTER CAPITAL CORPORATION,       ) | |
|     Plaintiff,       ) | |
|            ) | |
| v.       ) | CIVIL ACTION NO. 09-157-KD-M |
|            ) | |
| CHRIS COLLUM and TIM PHILLIPS,       ) | |
|     Defendants.       ) | |

## ORDER

The matter is before the Court on a review of the record. On November 15, 2011, this Court ordered Defendant Tim Phillips to show cause by November 29, 2011 as to why this case should not be reinstated against him.[1] On November 17, 2011, Tim Phillips was served with a copy of the Court's show cause order (c/o his agent Toni Casey). (Doc. 40). To date, Defendant Tim Phillips has failed to file any response to this Court's Order. Accordingly, it is **ORDERED** that this case is hereby **REINSTATED** against Defendant Tim Phillips.

The Clerk is **DIRECTED** to mail a copy of this Order directly to Defendant Tim Phillips, via certified mail return receipt, to his address on record.

**DONE** and **ORDERED** this the **13th** of **December 2011.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] A stay was entered on July 23, 2009, staying all proceedings against Defendant Tim Phillips in light of his Suggestion of Bankruptcy (Doc. 26; Doc. 27). Plaintiff subsequently notified the Court (Doc. 35) that Defendant Tim Phillips' bankruptcy case had been dismissed. Attorney Theodore L. Hall then filed a Response (Doc. 38) to the Court's show cause order (Doc. 37) stating that he was Defendant Phillips' attorney in the bankruptcy proceedings only, and does not represent Phillips in this present civil action. As such, a show cause order was issued as to Defendant Tim Phillips.