## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CENTER CAPITAL CORPORATION, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-157-KD-M |
| ) | |
| TIM PHILLIPS, ) | |
|     Defendant. ) | |

## JUDGMENT

Pursuant to the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **DEFAULT JUDGMENT** is entered against Defendant Tim Phillips and in favor of Plaintiff Center Capital Corporation, in the amount of **$164,155.91** in accordance with Fed.R.Civ.P. 55(b)(2).

**DONE** and **ORDERED** this the **15th** day of **February 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1